Arnette COLE, Plaintiff/Appellant,

v.

ST. JOHN'S MERCY HEALTH SYS-
TEM, d/b/a St. John's Mercy Medical
Center, St. John's Mercy Healthcare,
and Dionysios K. Veronikis, M.D., De-
fendants/Respondents.

No. ED 84387.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 26, 2004.

Martin, Malec & Leopold, P.C., Heidi L.
Leopold, St. Louis, MO, for appellant.

Gary P. Paul, James C. Thoele, Brinker
& Doyen, L.L.P., Clayton, MO, for respon-
dent.

Before LAWRENCE E. MOONEY, P.J.
and LAWRENCE G. CRAHAN, J. and
MARY K. HOFF, J.

ORDER

PER CURIAM.

Arnette Cole (Plaintiff) appeals the trial
court's Order and Judgment granting the
motion for summary judgment and deny-
ing as moot the motion to dismiss filed by
St. John's Mercy Health System, d/b/a St.
John's Mercy Medical Center, St. John's
Mercy Healthcare, and Dionysios K. Vero-
nikis, M.D. (Defendants).

We have reviewed the briefs of the par-
ties, the legal file, and the record on ap-
peal, and find the claim of error to be
without merit. Upon *de novo* review, we
find no genuine issue of material fact or
error of law. An extended opinion reciting
the detailed facts and restating the princi-
ples of law would have no precedential
value. The judgment is affirmed in accor-
dance with Rule 84.16(b).

The parties have been furnished with a
memorandum for their information only,
setting forth the reasons for the order
affirming the judgment pursuant to Rule
84.16(b).